# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Ryan Thomas Read and Kaylynne Read, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER FINDING AS MOOT** |
| | ) | **MOTION TO STRIKE** |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., | ) | |
| | ) | Case No. 4:14-cv-144 |
| Defendant. | ) | |

On January 23, 2015, defendant Continental Resources, Inc. filed "Defendant's Motion to Strike Claim for Exemplary-Punitive Damages." Defendant moved to strike from plaintiffs' complaint any and all claims for and references to exemplary and punitive damages because the complaint sought exemplary damages in violation of N.D.C.C. § 32-03.2-11(1). Plaintiffs did not file a response.

On February 19, 2015, the parties filed a stipulation in which they agreed plaintiffs could file a First Amended Complaint that dropped plaintiffs' previously pled claim for exemplary damages. Plaintiffs filed their First Amended Complaint that day. As a result of the filing of the amended complaint, the court **FINDS AS MOOT** defendant's motion to strike (Docket No. 19).

Dated this 23rd day of February, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court